KILPATRICK TOWNSEND & STOCKTON LLP
A. JAMES ISBESTER (State Bar No. 129820)
DAVID B. PERRY (State Bar No. 255925)
JESSICA L. HANNAH (State Bar No. 261802)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone:    (415) 576-0200
Facsimile:     (415) 576-0300
Email:          jisbester@kilpatricktownsend.com
                    dperry@kilpatricktownsend.com
                    jhannah@kilpatricktownsend.com

ACCO BRANDS CORPORATION
Michael V. Ward (State Bar No. 145751)
300 Tower Parkway
Lincolnshire, Illinois 60069
Telephone:    (847) 484-3460
Email:          Michael.Ward@ACCO.com

Attorneys for Plaintiff
ACCO BRANDS USA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ACCO BRANDS USA LLC, | Case No. C11-4378 RS |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING ACCO BRANDS USA LLC'S UNOPPOSED *EX PARTE* ADMINISTRATIVE REQUEST TO EXTEND TIME FOR RESPONSE TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| COMARCO WIRELESS TECHNOLOGIES, INC., | |
| Defendant. | |

For the reasons set forth in ACCO Brands USA LLC's Request, (1) the last day for Comarco Wireless Technologies, Inc., to answer or otherwise respond to the Complaint (D.I. #1), currently January 20, 2012, is hereby extended for sixty (60) days, or up to and including March 20, 2012; and (2) the Case Management Conference, currently scheduled for January 26, 2012, is hereby continued for sixty-three (63) days, and is rescheduled for March 29, 2012, at 10:00 a.m.

IT IS SO ORDERED.

DATED:   1/10/12

_____
Honorable Richard Seeborg
United States District Judge



[~~PROPOSED~~] ORDER GRANTING ACCO'S UNOPPOSED *EX PARTE* REQUEST TO EXTEND TIME FOR RESPONSE TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE, Case No. C11-4378 RS        - 1 -