KILPATRICK TOWNSEND & STOCKTON LLP
A. JAMES ISBESTER (State Bar No. 129820)
DAVID B. PERRY (State Bar No. 255925)
SARA B. GIARDINA (State Bar No. 278954)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jisbester@kilpatricktownsend.com
       dperry@kilpatricktownsend.com
       sgiardina@kilpatricktownsend.com

ACCO BRANDS CORPORATION
Michael V. Ward (State Bar No. 145751)
300 Tower Parkway
Lincolnshire, IL 60069
Telephone: (847) 484-3460
Email: Michael.Ward@ACCO.com

Attorneys for Plaintiff
ACCO BRANDS USA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS USA LLC, | Case No. C11-4378 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXCUSING LEAD COUNSEL FOR PLAINTIFF ACCO BRANDS USA LLC FROM APPEARING AT INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| COMARCO WIRELESS TECHNOLOGIES, INC., | |
| Defendant. | DATE: 3/29/12<br>TIME: 10:00 a.m. |

Pursuant to Local Civil Rule 16.10(a), Plaintiff and Counterclaim Defendant ACCO Brands USA LLC (hereinafter "ACCO") and Defendant and Counterclaimant Comarco Wireless Technologies, Inc. (hereinafter "Comarco") hereby stipulate that A. James Isbester, lead trial counsel for ACCO, may be excused from attending the Initial Case Management Conference ("CMC"), because his colleague, David B. Perry, will attend instead. Mr. Perry, counsel for ACCO, has the relevant knowledge and authority to resolve any issues that may arise at the CMC.



STIPULATION AND [PROPOSED] ORDER EXCUSING LEAD COUNSEL FOR PLAINTIFF
ACCO BRANDS USA LLC FROM APPEARING AT INITIAL CMC, CASE NO. C11-4378 RS      - 1 -

1  Mr. Isbester is traveling in Asia on March 29, 2012, which is the date that the CMC is scheduled.

2  If the Court wishes, Mr. Isbester is available to attend the CMC by telephone.

3  DATED: March 22, 2012           Respectfully submitted,

4                                  KILPATRICK TOWNSEND & STOCKTON LLP

6                                  By: */s/David B. Perry*
                                        DAVID B. PERRY

8                                  Attorneys for Plaintiff
                                   ACCO BRANDS USA LLC

9  DATED: March 22, 2012           PILLSBURY WINTHROP SHAW PITTMAN LLP

11                                 By: */s/Colin T. Kemp*
                                        COLIN T. KEMP

13                                 Attorneys for Defendant
                                   COMARCO WIRELESS TECHNOLOGIES, INC.

### GENERAL ORDER 45 ATTESTATION

In compliance with General Order 45, X.B., I hereby attest that counsel for Defendant has concurred in this filing.

Dated: March 22, 2012              By    /s/David B. Perry
                                        DAVID B. PERRY

                                   Attorneys for Plaintiff
                                   ACCO BRANDS USA LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/23/12                     _____
                                   United States District Judge Richard Seeborg

64053775 v1



STIPULATION AND [~~PROPOSED~~] ORDER EXCUSING LEAD COUNSEL FOR PLAINTIFF
ACCO BRANDS USA LLC FROM APPEARING AT INITIAL CMC, CASE NO. C11-4378 RS           - 2 -