EVAN FINKEL (SBN 100673)
evan.finkel@pillsburylaw.com
ROGER R. WISE (SBN 128262)
roger.wise@pillsburylaw.com
MARK R. KENDRICK (SBN 217198)
mark.kendrick@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
Telephone:	(213) 488-7100
Facsimile:	(213) 629-1033

COLIN T. KEMP (SBN 215408)
colin.kemp@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street, 5th Floor
San Francisco, CA  94120-7880
Telephone:	(415) 983-1000
Facsimile:	(415) 983-1200

Attorneys for Defendant and Counterclaim Plaintiff
COMARCO WIRELESS TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS USA LLC, <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> COMARCO WIRELESS TECHNOLOGIES, INC., <br><br> Defendant and Counterclaim Plaintiff. | Case No. CV-11-4378-RS <br><br> JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SINGLE DEADLINE IN AMENDED CASE MANAGEMENT SCHEDULING ORDER (DKT. ENTRY NO. 28) <br><br> Judge:	Hon. Richard Seeborg <br> Trial date:	January 27, 2014 |

Pursuant to Civil Local Rules 6-1(b) and 7-12, plaintiff and counterclaim defendant ACCO BRANDS USA LLC and defendant and counterclaimant COMARCO WIRELESS TECHNOLOGIES, INC. ("Comarco"), by and through their respective undersigned counsel, hereby submit this joint stipulation, and respectfully request the Court enter the following [proposed] order extending by one week the current August 1, 2012 deadline

1 under the Court's Amended Case Management Scheduling Order (Dkt. Entry No. 28) (the
2 "Order"), at 2:20-21, for the parties to exchange preliminary claim constructions and
3 extrinsic evidence.

**RECITALS**

A. WHEREAS, on April 3, 2012, the Court entered the Order in the within action setting various deadlines in the proceedings, including claim construction scheduling;

B. WHEREAS, among other deadlines, the Order set the following deadline: "The parties shall exchange preliminary claim constructions and extrinsic evidence no later than **August 1, 2012**" (Order, at 2:20-21 (emphasis in original));

C. WHEREAS, the parties desire to have the foregoing deadline extended by one week to allow them to devote additional time to their continued good faith meet and confer efforts and disclosure obligations under Patent Local Rules 4-1(b) and 4-2(a);

D. WHEREAS, there have been no modifications of any deadlines set forth in the Order, and the only time modification requested (and granted by the Court) previously concerned the time within which Comarco was to answer the complaint and the date on which the Court would hold the Case Management Conference (*see* Order dated January 10, 2012); and,

E. WHEREAS, the extension requested herein will have no impact on any other deadlines or dates set forth in the Order.

**STIPULATION**

NOW, THEREFORE, the parties, by and through their respective undersigned counsel, hereby STIPULATE and AGREE to the following modification of the Order: The **August 1, 2012** deadline for the parties to exchange preliminary claim constructions and

extrinsic evidence (*see* Order, at 2:20-21) is extended by one week—that is, the deadline is now **August 8, 2012**.

Dated: July 25, 2012.    KILPATRICK TOWNSEND & STOCKTON LLP

By //s// A. James Isbester

Attorneys for Plaintiff and Counterclaim Defendant
ACCO BRANDS USA LLC

Dated: July 25, 2012.    PILLSBURY WINTHROP SHAW PITTMAN LLP

By //s// Colin T. Kemp

Attorneys for Defendant and Counterclaim Plaintiff
COMARCO WIRELESS TECHNOLOGIES, INC.

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, X.B., I hereby attest that Mr. Isbester concurred in this filing.

By //s// Colin T. Kemp

Attorneys for Defendant and Counterclaim Plaintiff
COMARCO WIRELESS TECHNOLOGIES, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/25/12 .

United States District Court Judge
Richard Seeborg