KILPATRICK TOWNSEND & STOCKTON LLP
A. JAMES ISBESTER (State Bar No. 129820)
SARA B. GIARDINA (State Bar No. 278954)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jisbester@kilpatricktownsend.com
sgiardina@kilpatricktownsend.com

Attorneys for Plaintiff
ACCO BRANDS USA LLC

PILLSBURY WINTHROP SHAW PITTMAN LLP
COLIN T. KEMP (State Bar No. 215408)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: colin.kemp@pillsburylaw.com

Attorneys for Defendant
COMARCO WIRELESS TECHNOLOGIES, INC.

[Additional Counsel for the Parties identified on last page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ACCO BRANDS USA LLC,

Plaintiff,

v.

COMARCO WIRELESS TECHNOLOGIES, INC.,

Defendant.

Case No. C11-4378 RS

**STIPULATION AND REQUEST FOR ORDER MODIFYING SCHEDULING ORDER; ~~[PROPOSED]~~ ORDER MODIFYING SCHEDULE ORDER**

**STIPULATION AND REQUEST FOR ORDER MODIFYING SCHEDULING ORDER**

Plaintiff ACCO Brands USA LLC and Defendant Comarco Wireless Technologies, Inc., through their undersigned counsel, stipulate and respectfully request as follows:

1. WHEREAS, the Court entered an Amended Case Management Scheduling Order on April 3, 2012 (Dkt 28) (the "Order"), in which the Court set forth the case schedule;

2. WHEREAS, the Order required all dispositive motions to be heard no later than September 26, 2013;

3. WHEREAS, the Order required all pretrial motions (e.g., motions *in limine*, *Daubert* motions) to be heard no later than November 21, 2013;

4. WHEREAS, the parties have been discussing and continue to discuss in good faith settlement of this case;

5. WHEREAS, because of their settlement efforts, and the devotion of resources and attention thereto, the parties agreed to postpone certain discovery-related activities;

6. WHEREAS, although the parties continue to engage in settlement efforts, and they continue to work cooperatively with each other regarding discovery, case management and other case scheduling issues, they respectfully believe that, in the event the case does not settle, modest extensions of two deadlines set by the Order are critical to just and efficient case management;

7. ACCORDINGLY, the parties respectfully request that the September 26, 2013 deadline for hearing dispositive motions be continued to October 17, 2013, and that the November 21, 2013 deadline for hearing pretrial motions be continued to December 12, 2013.



8. These schedule modifications will not affect the trial date.

DATED: June 10, 2013

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/Scott E. Kolassa*
SCOTT E. KOLASSA

Attorneys for Plaintiff
ACCO BRANDS USA LLC

DATED: June 10, 2013

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/Colin T. Kemp*
COLIN T. KEMP

Attorneys for Defendant
COMARCO WIRELESS TECHNOLOGIES, INC.

**GENERAL ORDER 45 ATTESTATION**

In compliance with General Order 45, X.B., I hereby attest that counsel for Defendant has concurred in this filing.

Dated: June 10, 2013

By: */s/Scott E. Kolassa*
SCOTT E. KOLASSA

Attorneys for Plaintiff ACCO BRANDS USA LLC



**~~[PROPOSED]~~ ORDER MODIFYING SCHEDULING ORDER**

Pursuant to the foregoing stipulation, and good cause appearing therefore, it is ORDERED THAT:

1. The September 26, 2013 deadline for hearing dispositive motions is continued to October 17, 2013, and,

2. The November 21, 2013 deadline for hearing pretrial motions is continued to December 12, 2013.

**IT IS SO ORDERED.**

DATED: 6/10/2013

United States District Judge Richard Seeborg

