KILPATRICK TOWNSEND & STOCKTON LLP
A. JAMES ISBESTER (State Bar No. 129820)
SARA B. GIARDINA (State Bar No. 278954)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300
Email: jisbester@kilpatricktownsend.com
       sgiardina@kilpatricktownsend.com

Attorneys for Plaintiff
ACCO BRANDS USA LLC

PILLSBURY WINTHROP SHAW PITTMAN LLP
COLIN T. KEMP (State Bar No. 215408)
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:    (415) 983-1000
Facsimile:    (415) 983-1200
Email:  colin.kemp@pillsburylaw.com

Attorneys for Defendant
COMARCO WIRELESS TECHNOLOGIES, INC.

[Additional Counsel for the Parties identified on last page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS USA LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMARCO WIRELESS TECHNOLOGIES, INC., <br><br> Defendant. | Case No. C11-4378 RS <br><br> **STIPULATION AND REQUEST FOR ORDER MODIFYING SCHEDULING ORDER; [PROPOSED] ORDER MODIFYING SCHEDULE ORDER** |

**STIPULATION AND REQUEST FOR ORDER MODIFYING SCHEDULING ORDER**

Plaintiff ACCO Brands USA LLC and Defendant Comarco Wireless Technologies, Inc., through their undersigned counsel, stipulate and respectfully request as follows:

1. WHEREAS, on April 3, 2012, the Court entered an Amended Case Management Scheduling Order (Dkt. Entry No. 28) (the "Order"), in which the Court set forth the case schedule;

2. WHEREAS, on April 16, 2013, the Court entered an order vacating the then-pending April 18, 2013 Further Case Management Conference and, furthermore, setting a Further Case Management Conference for August 15, 2013 (*see* Dkt. Entry No. 51);

3. WHEREAS, while the parties have engaged in settlement discussions throughout the course of this action, such discussions resumed in earnest in April and May of this year and have involved the devoted attention of key party executives and their respective lead trial counsel;

4. WHEREAS, on June 10, 2013, because of the aforesaid good faith settlement discussions and the desire to focus resources on those efforts, the parties respectfully submitted a stipulation in which the parties requested that the Court modify two dates in the case schedule (*see* Dkt. Entry No. 52);[1]

5. WHEREAS, also on June 10, 2013, the Court granted the parties' stipulation (*see* Dkt. Entry No. 53);

6. WHEREAS, the parties' have continued their good faith settlement discussions and, moreover, are now negotiating a term sheet that establishes a framework for the full settlement of this action;

7. WHEREAS, the parties respectfully believe that continued focus on their settlement efforts and term sheet will jeopardize adequate preparations (*e.g.*, completion of fact discovery, expert discovery, preparing dispositive motions) for the January 2014 trial set by the

---

[1] Specifically, the parties respectfully requested that that Court continue (i) the September 26, 2013 deadline for hearing dispositive motions to October 17, 2013 and (ii) the November 21, 2013 deadline for hearing pretrial motions to December 12, 2013.  The parties' June 10 stipulation did not seek to (and the Court's June 10 order did not) continue or otherwise modify the January 27, 2014 trial date.

1  Order;[2]

2  8. WHEREAS, the parties do not wish to delay the trial of this action, but do wish to
3  be given the opportunity to continue to focus on trying to settle it while not jeopardizing trial
4  preparations (if such were to become necessary);

5  9. WHEREAS, the parties believe that, in all events, they will know no later than
6  August 8, 2013 (*i.e.*, the date by which they must file their Case Management Conference
7  Statement in anticipation of the August 15, 2013 Further Case Management Conference) whether
8  a settlement will be reached;

9  10. ACCORDINGLY, the parties STIPULATE and respectfully request that the Court
10  vacate the current case schedule entirely and require the parties to (i) immediately notify the Court
11  if a settlement is reached or (ii) if a settlement is not reached, to include in their forthcoming
12  August 8, 2013 Case Management Conference Statement an accelerated case schedule that would
13  require the trial of this action to commence no later than six months after the originally set
14  January 27, 2014 trial date (so long as such date is acceptable to the Court).

15  DATED:  June 27, 2013          Respectfully submitted,

16                                  KILPATRICK TOWNSEND & STOCKTON LLP

18                                  By: */s/Scott E. Kolassa*
19                                      SCOTT E. KOLASSA

20                                  Attorneys for Plaintiff
                                    ACCO BRANDS USA LLC

---

[2] While the parties recognize it is possible to devote resources to settlement efforts, on the one hand, and pre-trial preparations, on the other hand, at the same time (*i.e.*, company personnel and outside counsel devoted to settlement efforts, while still others are devoted to pre-trial litigation matters), they respectfully believe that such "dual tracking" would waste not only the resources of the parties but also those of the Court (*e.g.*, evaluating and ruling on potentially unnecessary dispositive and pretrial motions).



STIPULATION AND REQUEST FOR ORDER MODIFYING SCHEDULING ORDER      - 2 -
CASE NO. C11-4378 RS

DATED: June 27, 2013          PILLSBURY WINTHROP SHAW PITTMAN LLP


By: */s/Colin T. Kemp*
    COLIN T. KEMP

Attorneys for Defendant
COMARCO WIRELESS TECHNOLOGIES, INC.


**GENERAL ORDER 45 ATTESTATION**

In compliance with General Order 45, X.B., I hereby attest that Mr. Kemp has concurred in this filing.

Dated: June 27, 2013          By: */s/Scott E. Kolassa*
    SCOTT E. KOLASSA

Attorneys for Plaintiff
ACCO BRANDS USA LLC



### [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

Pursuant to the foregoing stipulation, and good cause appearing therefore, it is ORDERED THAT:

1. The current case schedule, set forth in Docket Entry No. 28 (as modified in part by Docket Entry No. 53), is hereby VACATED;

2. The parties are ORDERED to immediately notify the Court of any settlement reached in this action;

3. If no settlement is reached before August 8, 2013, then the parties are ORDERED to include in their Case Management Conference Statement (to be filed no later than August 8, 2013) an accelerated case schedule that will include the commencement of the trial of this action no later than six months after the originally set January 27, 2014 trial date.

**IT IS SO ORDERED.**

DATED: 6/27/13

United States District Judge Richard Seeborg



1 **ADDITIONAL COUNSEL**

ACCO BRANDS CORPORATION
Michael V. Ward (State Bar No. 145751)
300 Tower Parkway
Lincolnshire, IL  60069
Telephone:     (847) 484-3460
Email: Michael.Ward@ACCO.com

Attorneys for Plaintiff
ACCO BRANDS USA LLC

PILLSBURY WINTHROP SHAW PITTMAN LLP
EVAN FINKEL (State Bar No. 100763)
ROGER R. WISE (State Bar No. 128262)
MARK R. KENDRICK (State Bar No. 217198)
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
Telephone:     (213) 488-7100
Facsimile:     (213) 629-1033
Email:    evan.finkel@pillsburylaw.com
          roger.wise@pillsburylaw.com
          mark.kendrick@pillsburylaw.com

Attorneys for Defendant
COMARCO WIRELESS TECHNOLOGIES, INC.

65526447V.1



STIPULATION AND REQUEST FOR ORDER MODIFYING SCHEDULING ORDER
CASE NO. C11-4378 RS

- 5 -