1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ACCO BRANDS USA, LLC,                              No. C 11-04378  RS

              Plaintiff,                  **CASE MANAGEMENT**
       v.                                 **SCHEDULING ORDER**

COMARCO WIRELESS TECHNOLOGIES,
INC.,

              Defendant.
_____/

       Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

Case Management Conference on August 29, 2013.  After considering the Joint Case

Management Statement submitted by the parties and consulting with the attorneys of record for

the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

       1.     DISCOVERY.

       On or before January 30, 2014 all non-expert discovery shall be completed by the parties.

       2.     DISCOVERY DISPUTES.

       Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and

conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.

Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under

the Civil Events category of "Motions and Related Filings >Motions--General > Discovery

Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

3.      EXPERT WITNESSES.  The disclosure and discovery of expert witnesses shall proceed as follows:

A. On or before February 28, 2014, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before March 21, 2014, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before April 14, 2014, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4.      FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **February 13, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5.      PRETRIAL MOTIONS.  All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.  Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than **May 22, 2014**.

6.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **July 17, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

7.      TRIAL DATE.   A jury trial shall commence on **July 28, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

CASE MANAGEMENT SCHEDULING ORDER

2

1          IT IS SO ORDERED.

2     DATED:   8/29/13

3                                                    _____

4                                                    RICHARD SEEBORG
                                                     United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                   CASE MANAGEMENT SCHEDULING ORDER

28