KILPATRICK TOWNSEND & STOCKTON LLP
A. JAMES ISBESTER (State Bar No. 129820)
SARA B. GIARDINA (State Bar No. 278954)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jisbester@kilpatricktownsend.com
  sgiardina@kilpatricktownsend.com

SCOTT E. KOLASSA (admitted *pro hac vice*)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: skolassa@kilpatricktownsend.com

Attorneys for Plaintiff
ACCO BRANDS USA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS USA LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMARCO WIRELESS TECHNOLOGIES, INC., <br><br> Defendant. | Case No. C11-4378 RS <br><br> **[PROPOSED] ORDER GRANTING REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** <br><br> Date: February 13, 2014 <br> Time: 10:00 a.m. <br> Ctrm.: 3, 17th Floor <br> Judge: Honorable Richard Seeborg |

For the reasons set forth in the parties' joint request, it is hereby ordered that the Case Management Conference before Hon. Richard Seeborg currently set for Thursday, February 13, 2014 at 10:00 a.m. is vacated, and the remaining scheduled deadlines are stayed.

IT IS SO ORDERED.

Dated: _____, 2014

_____
RICHARD SEEBORG
United States District Judge

66056984V.1

