IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ACCO BRANDS USA LLC.,                           No. C 11-04378 RS

      Plaintiffs,                                  **STANDBY ORDER OF DISMISSAL**

  v.

COMARCO WIRELESS TECHNOLOGIES, INC.,

      Defendants.
_____/

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 7, 2014**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 10, 2014 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 2/7/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE