LAW OFFICES OF JEFFREY P. WIDMAN
Jeffrey P. Widman (SBN 58628)
101 Race Street, Suite 100
San Jose, California 95126-3041
Tel:  (408) 288-6777
Fax:  (408) 288-7668
E-mail:  jpwidman@comcast.net

GRAHAM CURTIN, P.A.
Charles Quinn (*pro hac vice*)
Glen M. Diehl (*pro hac vice*)
4 Headquarters Plaza
P. O. Box 1991
Morristown, New Jersey 07962-1991
Tel:  (973) 292-1700
Fax:  (973) 292-1767
Email:  cquinn@grahamcurtin.com
Email:  gdiehl@grahamcurtin.com

Attorneys for Defendant-Counterclaimant
Comarco Wireless Technologies, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS USA LLC, <br><br> Plaintiff, <br><br> vs. <br><br> COMARCO WIRELESS TECHNOLOGIES, INC., <br><br> Defendant-Counterclaimant. | Case No. CV-11-4378 RS <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter having been amicably adjusted by and between plaintiff ACCO Brands USA LLC and defendant-counterclaimant Comarco Wireless Technologies, Inc., it is

1984247.1

hereby stipulated and agreed that this action and all claims and counterclaims that were asserted or could have been asserted herein be and hereby are dismissed with prejudice and without costs, subject to the terms of the parties' Agreement.

|  |  |
|---|---|
| KILPATRICK TOWNSEND<br>& STOCKTON LLP<br>Attorneys for Plaintiff | LAW OFFICES OF<br>JEFFREY P. WIDMAN<br>Attorneys for Defendant-<br>Counterclaimant |
| By:  /s/ A. James Isbester<br>A. James Isbester | By:  /s/ Jeffrey P. Widman<br>Jeffrey P. Widman |
| Dated:  February 24, 2014 | Dated:  February 24, 2014 |

1984247.1